**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS D'ANGELO, | |
| Plaintiff, | **Civil Action No. 14-5693 (SRC)** |
| v. | **ORDER** |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

**CHESLER**, District Judge

This matter having come before the Court on the August 31, 2017 Report and Recommendation ("R&R") issued by Magistrate Judge Cathy L. Waldor [docket entry 55]; and no objections to the R&R having been filed; and the Court having reviewed the R&R; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 28th day of September, 2017,

**ORDERED** that Magistrate Judge Waldor's August 31, 2017 R&R [docket entry 55] is adopted as the opinion of the Court; and it is further

**ORDERED** that Plaintiff's Complaint be and hereby is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 37.

                                        s/Stanley R. Chesler
                                        STANLEY R. CHESLER
                                        United States District Judge